JEREMIAH E. MECRAY et ux., appellants,

*v.*

ISADOR GOLDMAN et al., respondents.

[Decided October 14th, 1929.]

*Messrs. Cole & Cole,* for the appellants.

*Mr. Emerson L. Richards,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *102 N. J. Eq. 559.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.